AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Refugio Garcia De Lira, Nancy Lizbeth Ramirez and<br>Christian Manuel Garcia<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:16mj16-JCG<br>)<br>)<br>) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 29 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   February 26, 2016   in the county of   Harrison   in the
  Southern   District of   MS, Southern Division  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit, more than 500 grams of methamphetamine. |

This criminal complaint is based on these facts:
See affidavit attched hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Gazzo, Task Force Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   02/29/2016   

_____
*Judge's signature*

City and state:   Gulfport, MS   

John C. Gargiulo, U.S. Magistrate
*Printed name and title*

# **AFFIDAVIT**

I, Jason Gazzo, being first duly sworn, state as follows:

## **Introduction**

Your Affiant, Jason Gazzo, is a Task Force Agent (TFA) with the Drug Enforcement Administration (DEA), United States Department of Justice. TFA Gazzo has been a sworn law enforcement officer with the Mississippi Highway Safety Patrol since December 04, 2003. TFA Gazzo was deputized as a Task Force Agent in October of 2010. TFA Gazzo is authorized to perform duties as provided by law and department regulations and as such participates in investigations enforcing Title 21, United States Code, Section 878, to enforce Title 21 and other criminal laws of the United States. He has received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. He has participated in and has conducted investigations which have resulted in the arrest and conviction of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of illegal drugs and proceeds derived from the sale of those illegal drugs. In addition, he has conducted, in connection with these and other cases, follow-up investigations concerning the concealment of narcotics-produced assets, money, bank records, etc., and the identification of co-conspirators through the use of ledgers, telephone bills and records, and photographs, as related to drug trafficking. He has been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from controlled substance trafficking.

**Probable Cause Factual Basis**

In early February 2016, a Drug Enforcement Administration (DEA) Confidential Source, hereinafter referred to as CS1, was in contact with a Mexican broker for the purposes of obtaining Methamphetamine. The unidentified broker subsequently coordinated a transaction with CS1 with two subjects located in the United States specifically the Tulsa, Oklahoma area. The broker identified the suppliers in Tulsa as two brothers by the name of "Sergio" and "Primo". After several days of coordination and planning, CS1 was able to negotiate for approximately twenty-four pounds of Methamphetamine to be transported to Gulfport, Mississippi.

On Friday, February 26, 2016, CS1 spoke to the suppliers who provided CS1 with contact information for two separate couriers. CS1 began contacting the couriers who related that they were in route to Gulfport, Mississippi with the requested amount of methamphetamine. The couriers operated independently and contacted CS1 numerous times with updated travel itinerary. On Saturday, February 27, 2016, CS1 was contacted separately by each of the couriers who related specific information including anticipated arrival times to Gulfport, Mississippi and descriptions of the vehicles they were traveling in. During these recorded conversations, CS1 was able to provide the anticipated couriers with a delivery location in Gulfport, Mississippi.

Agents of the DEA Gulfport Resident Office obtained this meeting location from CS1 and utilized a second confidential source, hereinafter referred to as CS2, who would meet with each of the couriers and take possession of the suspected methamphetamine. At approximately 7:00 pm, CS1 provided agents with a description of the first courier's vehicle described as a black two door Chevrolet Monte Carlo. Shortly thereafter, CS1 provided a description for the second courier vehicle that was described as a silver Volkswagen Jetta.

As anticipated, the first courier vehicle arrived at the meeting location in Gulfport, Mississippi in the previously described black Chevrolet Monte Carlo. CS2 met with the occupants of the vehicle identified as Refugio GARCIA DE LIRA and Nancy Lizbeth RAMIREZ where CS2 was shown what was described to him/her as six packages of methamphetamine. Both subjects were subsequently arrested following the undercover meeting.

At approximately 7:50 pm, the second courier arrived in the previously described silver Volkswagen Jetta and met with CS2 at the same location. The second courier, who acted alone, was identified as Christian Manuel GARCIA. GARCIA was in possession of a large quantity of methamphetamine. GARCIA was also taken into custody by agents.

A further investigation into the suspected methamphetamine resulted in a preliminary field test resulting in a positive reaction for methamphetamine for both loads. The suspected methamphetamine was processed separately and had a combined weight of approximately twelve kilograms.

## CONCLUSION

Based upon my experience as a DEA Task Force Agent and the facts listed above involving, it is my opinion that there is probable cause to believe that violations of Title 21, United States Code, Section 846, have been committed in the Southern District of Mississippi by Refugio GARCIA DE LIRA, Nancy Lizbeth RAMIREZ and Christian Manuel GARCIA and others who conspired to possess with the intent to distribute methamphetamine.

_____
Jason Gazzo
Task Force Agent
Drug Enforcement Administration